UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MICHAEL BROOKS and
TRACY PATTERSON,

      Plaintiffs      16 CV 2649 (SJ) (RER)

 -versus-          **ORDER ADOPTING
                REPORT AND
                RECOMMENDATION**

HELP USA et al.,

      Defendants.
-------------------------------------------------------X
A P P E A R A N C E S

LAW OFFICE OF DEBORAH H. KARPATKIN
99 Park Avenue
Suite 1600
New York, NY 10016
By: Deborah H. Karpatkin
*Attorney for Plaintiffs*

JACKSON LEWIS PC
666 Third Avenue
29th Fl
New York, NY 10017
By: Jason Alan Zoldessy
   Sarah Katherine Hook
*Attorneys for Defendants*

JOHNSON, Senior District Judge:

   Presently before the Court is a Report and Recommendation (the "Report") prepared by Magistrate Judge Ramon E. Reyes. Judge Reyes issued the Report on June 13, 2018, and provided the parties with the requisite amount of time to file objections. None of the parties filed any objections to the Report. For the reasons stated herein, this Court affirms and adopts the Report in its entirety.

1

A district court judge may designate a magistrate judge to hear and determine certain motions pending before the Court and to submit to the Court proposed findings of fact and a recommendation as to the disposition of the motion. See 28 U.S.C. § 636(b)(1). Within 10 days of service of the recommendation, any party may file written objections to the magistrate's report. See id. Upon de novo review of those portions of the record to which objections were made, the district court judge may affirm or reject the recommendations. See id. The Court is not required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the report and recommendation to which no objections are addressed. See Thomas v. Arn, 474 U.S. 140, 150 (1985). In addition, failure to file timely objections may waive the right to appeal this Court's order. See 28 U.S.C. § 636(b)(1); Small v. Sec'y of Health & Human Servs., 892 F.2d 15, 16 (2d Cir. 1989).

In this case, objections to Magistrate Judge Reyes's recommendation were due by June 27, 2018. No objections to the Report were filed with this Court. Upon review of the recommendation, this Court adopts and affirms Magistrate Judge Reyes's Report in its entirety. Defendant Brooks's motion for partial entry of final judgment under Federal Rule of Civil Procedure 54(b) is GRANTED.

SO ORDERED.

Dated: June 28, 2018  /s/
 Brooklyn, NY  Sterling Johnson, Jr., U.S.D.J.